## FIRST DEPARTMENT, APRIL, 1921.

JULIA POST SMITH, Respondent, v. LILA S. SCOVILLE and IDA M. SMART, Appellants.

*Pleadings — demurrer to complaint for insufficiency of facts — demurrer overruled with leave to withdraw demurrer and answer.*

Appeal from an order of the Supreme Court, New York county, overruling demurrers to complaint.

PER CURIAM: The question presented by this appeal is solely as to whether the complaint on its face states facts sufficient to constitute a cause of action. Without intimating any opinion as to whether the plaintiff may upon the trial become entitled to the injunctive relief sought, we think the complaint is good upon demurrer. The order appealed from is, therefore, affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw the demurrers and to answer upon payment of said costs and ten dollars costs of motion at Special Term. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ. Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer upon payment of said costs and ten dollars costs of motion at Special Term.

---

EMPIRE LIGHTING FIXTURE CO., INC., Respondent, v. SAMUEL CUTLER, PAUL CUTLER and PHILIP CUTLER, Appellants.

*Sales — delivery — modification of contract — default of defendant.*

Appeal from judgment of the Supreme Court, New York county, entered upon verdict and from an order denying motion for a new trial.

Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

PAGE, J. (dissenting): I dissent from the affirmance of this judgment, on the ground that the documentary evidence establishes a modification of the contract as to the place of delivery from New York city to Perth Amboy, N. J., and, therefore, a tender of performance according to the terms of the original did not prove an offer to perform and put the defendants in default.